No. 03–7862. HAMILTON v. CASTRO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–7863. GRAY v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–7865. GARRETT v. BOWERSOX, SUPERINTENDENT, SOUTH CENTRAL CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 03–7867. FULTCHER v. HATCHER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–7869. FOGGY v. SANDOVAL, ATTORNEY GENERAL OF NEVADA. C. A. 9th Cir. Certiorari denied.

No. 03–7870. HINOJOSA v. ENDICOTT, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 03–7871. HAWTHORNE v. BRILEY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 03–7875. NEGRON v. HENDRICKS, SUPERINTENDENT, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–7878. KELLY v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 03–7879. AROCHE v. FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 03–7881. SINGLETON v. CARTER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–7882. TOSCANO v. McGRATH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–7890. RIDDICK v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 03–7891. RODRIGUEZ ET AL. v. NEW YORK CITY COMMISSION ON HUMAN RIGHTS ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–7893. SEARCY v. JAIMET, WARDEN. C. A. 7th Cir. Certiorari denied.